## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 06 B 06073 |
| ALLRITE SHEET METAL, INC. | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: Thurs., April 12, 2007 |
| Debtor. | ) | Hearing Time: 10:00 a.m. |

### NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **April 12, 2007** at **10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Pamela S. Hollis or any other Judge sitting in her stead, in **courtroom 644**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Authority to Pay Final Compensation to Special Litigation Counsel,** a copy of which is hereby served upon you.

 NORMAN B. NEWMAN, not individually but solely as the
 Chapter 7 Trustee for Allrite Sheet Metal, Inc.

 By: /s/ William S. Hackney
  One of his Attorneys

Norman B. Newman, ARDC No. 02045427
William S. Hackney, ARDC No. 06256042
MUCH SHELIST DENENBERG
    AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

### CERTIFICATE OF SERVICE

I, William S. Hackney, an attorney, hereby certify that I served copies of the foregoing Notice together with Attachments upon those individuals listed on the attached service list by depositing same in the U.S. Mail from 191 North Wacker Drive, Suite 1800, Chicago, Illinois on this the 22nd day of March, 2007.

 /s/ William S. Hackney
 William S. Hackney

## SERVICE/CREDITOR LIST

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

Charles S. Stahl, Jr.
Law Offices of Charles S. Stahl, Jr.
703 Warrenville Road
Wheaton, IL 60187

Ralph A. Mantynband
Shefsky & Foelich
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601

Abramson & Fox
1 East Wacker Drive
Suite 3800
Chicago, Illinois 60601

Canteen Refreshment Services
216 W. Diversey
Elmhurst, Illinois 60126

Mary Lou Carter
c/o Burke Warren MacKay & Serritell
330 N. Wabash
22nd Floor
Chicago, Illinois 60611

Coca-Cola
2335 Payshere Circle
Chicago, Illinois 60674

ComEd
System Credit/Bankruptcy Dept.
2100 Swift Drive
Oak Brook, Illinois 60523

Elk Grove Plating
776 W. Lunt
Elk Grove Village, Illinois 60007

Elmhurst Emergency Medical
P.O. Box 92016
Chicago, Illinois 60675

Federated Paint Mfg.
1529 N. 31st Avenue
Melrose Park, Illinois 60160

Wayne P. Filosa
10515 W. Grand
Franklin Park, Illinois 60131

Grainger
Dept. 135-801563016
North Suburban, Illinois 60251

Industrial Staffing
Dept. 77-2955
Chicago, Illinois 60670

Kelly Consulting Corp.
c/o Kelley Drye & Warren, LLP
333 W. Wacker
Suite 2600
Chicago, Illinois 60606

LBE, Ltd.
P.O. Box 197
Glenview, Illinois 60025

Livingston Pipe
P.O. Box 300
Stauton, Illinois 62088

Metal Processors Supply
P.O. Box 523
Franklin Park, Illinois 60131

Pan Pac International
3206 N. Kennicott
Arlington Heights, Illinois 60004

Matthew J. Ryan
3101 N. Rose
Franklin Park, Illinois 60131

Shefsky & Froelich
111 E. Wacker Drive
Suite 2800
Chicago, Illinois 60601

Sherman Metals, Inc.
c/o Teller Levit, et al.
11 E. Adams Street
8th Floor
Chicago, Illinois 60603

Starks Brothers Moving & Haul
P.O. Box 24191
Chicago, Illinois 60624

U.S. Welders Supply
1800 Fifth Avenue
River Grove, Illinois 60171

Willieco
P.O. Box 472
Headland, AL 36345

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 06 B 06073 |
| ALLRITE SHEET METAL, INC. | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: Thurs., April 12, 2007 |
| Debtor. | ) | Hearing Time: 10:00 a.m. |

**TRUSTEE'S APPLICATION FOR AUTHORITY TO
PAY FINAL COMPENSATION TO SPECIAL LITIGATION COUNSEL**

Now comes Norman B. Newman, not individually but solely as the Chapter 7 Trustee (the "Trustee"), by and through his attorneys, and pursuant to Section 330 of the Bankruptcy Code [11 U.S.C. §§ 101 *et seq.*](the "Code") and Bankruptcy Rule 2016 moves this Court for authority to pay final compensation and expenses to his special litigation counsel, Nicholas V. Dizonno ("Dizonno") and the Law Offices of Serpe, Dizonno & Associates, Ltd. (the "Firm") for services rendered during the period September 29, 2005 through March 22, 2007. In support of his Application, the Trustee states as follows:

1. On May 25, 2006, Allrite Sheet Metal, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code [11 U.S.C. §§ 101 *et seq.*](the "Code"). The Trustee was subsequently appointed interim trustee.

2. On or about August 15, 2006, this Court entered an Order authorizing Trustee to employ Much Shelist Freed Denenberg Ament & Rubenstein, P.C. ("Much Shelist") as his attorneys in this case.

3. On or about September 14, 2006, this Court also entered an Order authorizing the Trustee to employ Dizonno and the Firm as his special litigation counsel to handle three (3) separate collection actions against Drywall Master Tools, Inc., Artemis Technology Services, Inc., and Swingmaster Corporation (the "Employment Order"). A copy of the Employment

Order is attached hereto as Exhibit A.  These cases are captioned *Allrite Sheet Metal Inc. v. Drywall Master Tools, Inc.; Allrite v. Artemis Technology Services, Inc. and Allrite v. Swingmaster Corporation* and are currently pending in the Circuit Court of Cook County, Illinois under case nos. 05 M4 002095, 04 M4 2002152 and 04 M4 002153 respectively (the "Collection Lawsuits").

4.      Pursuant to the Employment Order, Dizonno and the Firm are entitled to 33% of any recoveries in the Collection Lawsuits plus costs and out-of-pocket expenses.  Dizonno and the Firm recently settled two of the Collection Lawsuits on behalf of the Trustee for a total of $27,500.00 and the Trustee has already received the settlement funds.  The third of the Collection Lawsuits is concurrently herewith subject to a Motion to Abandon as unduly burdensome and not likely to provide a benefit to this estate.  Therefore, Dizonno and the Firm are entitled to receive compensation in the amount of $9,166.66 for services rendered and $376.00 in costs and out-of-pocket expenses incurred during the time period covered by this Application.

5.      As Dizonno and the Firm rendered services on behalf of the Trustee on a contingent fee basis, neither Dizonno nor the Firm maintained detailed billing reports.  However, attached hereto and made a part hereof as Exhibit B is a Summary of Services and description of expenses incurred by Dizonno and the Firm during the period of September 29, 2005 through March 22, 2007.  These services and expenses were incurred in connection with and in furtherance of assisting the Trustee in connection with the Collection Lawsuits.

6.      Dizonno and the Firm's attorneys have provided services to the Trustee with respect to the following matters — case preparation, case filing, motion practice, settlement negotiation and miscellaneous conferences and correspondence with the Trustee.

7. The services rendered by Dizonno and the Firm have provided a substantial benefit to the Trustee and to the creditors of this estate. Based upon Dizonno's and the Firm's agreement with the Trustee and the nature, extent and value of Dizonno's and the Firm's services, the Trustee respectfully states that Dizonno and the Firm are entitled to final compensation in the amount of $9,166.66 plus reimbursement of expenses in the amount of $376.00 for services rendered from September 29, 2005 through March 22, 2007.

WHEREFORE, Norman B. Newman, not individually but solely as the Chapter 7 Trustee respectfully requests that this Court enter an Order:

1. Awarding Nicholas V. Dizonno and the Law Offices of Serpe, Dizonno & Associates, Ltd. final compensation in the amount of $9,166.66, for services rendered during the period September 29, 2005 through March 22, 2007;

2. Awarding Nicholas V. Dizonno and the Law Offices of Serpe, Dizonno & Associates, Ltd. reimbursement for costs and out-of-pocket expenses in the amount of $376.00;

3. Authorizing the Trustee to pay the aforesaid amounts forthwith; and

4. Granting such other and further relief as this Court deems just and appropriate.

Dated: March 22, 2007, Chicago, Illinois

> NORMAN B. NEWMAN, not individually but
> solely as the Chapter 7 Trustee
>
> By: /s/ William S. Hackney
> One of his Attorneys

Norman B. Newman, ARDC No. 02045427
William S. Hackney, ARDC No. 06256042
MUCH SHELIST DENENBERG
    AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100