**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 06 B 06073 |
| ALLRITE SHEET METAL, INC. | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtor. | ) | |

**APPLICATION OF TRUSTEE FOR AUTHORIZATION TO PAY FINAL
COMPENSATION TO TRUSTEE'S ACCOUNTANTS**

Norman B. Newman, Trustee herein (the "Trustee"), moves this Court for authorization

to pay Michael W. Blitstein and Coleman Joseph Blitstein & Stuart, LLC ("CJBS"), the Trustee's

accountants, final compensation under §§330 and 331 of the Bankruptcy Code and Bankruptcy

Rule 2016.  In support of his motion, the Trustee respectfully states as follows:

1.      On May 25, 2006, Debtor filed a voluntary petition for relief under Chapter 7 of

the Bankruptcy Code.

2.      On September 11, 2007, this Court entered an Order authorizing the Trustee to

employ CJBS as his accountants to prepare necessary tax returns and to provide any other

accounting services needed by the Trustee.

3.      Based on the time value of the services rendered, CJBS is entitled to receive final

compensation in the amount of $5,080.75 for services rendered from September 11, 2007

through February 17, 2009.

4.      Other than as permitted under Section 504 of the Bankruptcy Code, CJBS has no

agreement with any other person or firm with regard to its compensation in this case.

5.      During the period September 11, 2007 through February 17, 2009, CJBS's

accountants provided 31.25 hours of accounting services on behalf of the Trustee.  A summary

and a chronological statement of services rendered during the time period covered by this application is attached hereto as Exhibit "A".

6.      The services were rendered in connection with and in furtherance of assisting Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re: Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992). At all relevant times, CJBS has taken care to avoid duplication of services.

7.      At all times relevant hereto, CJBS has provided accounting services in the most efficient and cost effective manner. The services rendered provided a benefit to the Trustee and to the creditors of this estate.

8.      CJBS expended 31.25 hours of services assisting the Trustee in reviewing the Debtor's financial information and prior tax returns; compiled data and prepared federal and state tax returns for the years 2006-2008 and communicated with Trustee regarding tax liability owed to state and federal agencies. The individuals involved in this activity and the time expended by them are as follows:

| Accountant | Hours Expended | Total |
|---|---|---|
| Michael W. Blitstein | 1.75 hrs. | $536.25 |
| Matthew Bergman | 9.25 hrs. | 1,757.50 |
| Kara Venegas | 1.60 hrs. | 120.00 |
| Susan Gu | 18.65 hrs. | 2,666.95 |
|  |  |  |
| **TOTAL:** | **31.25 hrs.** | **$5,080.70** |

**WHEREFORE**, The Trustee respectfully prays that this Court enter an Order as follows:

1.      Awarding Michael W. Blitstein and Coleman Joseph Blitstein & Stuart, LLC final compensation in the amount of $5,080.70 for services rendered from September 11, 2007 through February 17, 2009;

2

2.      Authorizing the Trustee to pay same forthwith as a Chapter 7 expense of

administration of this estate; and

3.      Granting such other and further relief as this Court deems appropriate.

Respectfully submitted,


/s/ Norman B. Newman
Norman B. Newman, Chapter 7 Trustee
For Allrite Sheet Metal, Inc.


Norman B. Newman (Atty. ID# 02045427)
**Much Shelist Denenberg Ament
& Rubenstein, P.C.**
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 521-2000