# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   ALLRITE SHEET METAL, INC.   §   Case No. 06-06073
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/02/2010 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/04/2010          By:   /s/NORMAN NEWMAN
                                         Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: ALLRITE SHEET METAL, INC.           §     Case No. 06-06073
                                           §
                                           §
Debtor(s)                                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $            32,231.34 |
| *and approved disbursements of* | $            14,603.48 |
| *leaving a balance on hand of* [1] | $            17,627.86 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | Norman B. Newman, Trustee | $            1,786.49 | $ |
| Attorney for trustee | Much Shelist, et al. | $            10,587.86 | $            172.81 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Michael Blitstein | $            5,080.70 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 411,491.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | ComEd | $ 100,883.62 | $ 0.00 |
| 2 | Linde Gas LLC | $ 1,828.84 | $ 0.00 |
| 3 | Livingston Pipe | $ 1,147.65 | $ 0.00 |
| 4 | Stein & Rotman | $ 46,745.52 | $ 0.00 |
| 5 | Industrial Staffing Services, Inc. | $ 40,372.45 | $ 0.00 |
| 6 | Matthew J. Ryan | $ 1,133.12 | $ 0.00 |
| 7 | The Bank of Commerce | $ 150,000.00 | $ 0.00 |
| 9 | Crawford Steel Co Inc | $ 69,380.46 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,698.05 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 10 | Toyota Motor Credit Corporation | $ 5,698.05 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann              Page 1 of 1                    Date Rcvd: Jan 05, 2010
Case: 06-06073              Form ID: pdf006             Total Noticed: 34

The following entities were noticed by first class mail on Jan 07, 2010.
```
db              Allrite Sheet Metal, Inc.,   10515 West Grand,   Franklin Park, IL  60131
aty            +Charles S. Stahl, Jr.,   Swanson, Martin & Bell, LLP,   2525 Cabot Drive,   Suite 204,
                Lisle, IL 60532-3628
aty            +Colleen E McManus,   Much Shelist,   191 N. Wacker Drive,   Suite 1800,   Chicago, IL 60606-1631
aty            +Nicholas Dizonno,   Brander Serpe & Associates,   1317 South First Ave,   Maywood, IL 60153-2405
aty            +William S Hackney, III,   SmithAmundsen, LLC,   150 North Michigan Avenue,   Suite 3300,
                Chicago, IL 60601-6004
tr             +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
                Chicago, IL 60606-1631
10751783       +Abramson & Fox,   1 East Wacker Drive,   Suite 3800,   Chicago, IL 60601-1813
10751784       +Alexis Reed,   Childress Duffy Goldblatt, Ltd.,   515 N. State St., #2200,
                Chicago, IL 60654-8704
10751785       +Canteen Refreshment Services,   216 West Diversey,   Elmhurst, IL 60126-1104
10751787       +Coca-Cola,   2335 Payshere Circle,   Chicago, IL 60674-0023
11059965       +Crawford Steel Co Inc,   c/o Ira M Kann,   640 N LaSalle St Suite 285,   Chicago, IL 60654-3783
10751789       +Elk Grove Plating,   776 West Lunt,   Elk Grove Village, IL 60007-5072
10751790       +Elmhurst Emergency Medical,   P.O. Box 92016,   Chicago, IL 60675-2016
10751791       +Federated Paint Mfg.,   1529 North 31st Avenue,   Melrose Park, IL 60160-2911
10751793       +Grainger,   Dept. 135-801563016,   North Surburban, IL 60251
10751794       +Industrial Staffing,   Dept. 77-2955,   Chicago, IL 60670-0001
10981140        Industrial Staffing Services, Inc.,   Joel N Goldstein,   512 N State St Ste 2200,
                Chicago, IL 60610
10751795       +Kelly Consulting Corp.,   c/o Kelley Drye & Warren, LLP,   333 W. Wacker,   Suite 2600,
                Chicago, IL 60606-1227
10823751       +Linde Gas LLC,   PO Box 94737,   Cleveland, OH 44101-4737
10751797       +Livingston Pipe,   P.O. Box 300,   Staunton, IL 62088-0300
10751786       +Mary Lou Carter,   c/o Burke Warren MacKay & Serritell,   330 N. Wabash, 22nd Floor,
                Chicago, IL 60611-3586
10751800       +Matthew J. Ryan,   3101 North Rose,   Franklin Park, IL 60131-2713
10751798       +Metal Processors Supply,   P.O. Box 523,   Franklin Park, IL 60131-0523
10751799       +Pan Pac International,   3206 North Kennicott,   Arlington Heights, IL 60004-1428
10751801       +Shefsky & Froelich,   111 East Wacker Drive,   Suite 2800,   Chicago, IL 60601-3713
10751802       +Sherman Metals, Inc.,   c/o Teller Levit et al.,   11 E. Adams St., 8th Floor,
                Chicago, IL 60603-6301
10751803       +Starks Brothers Moving & Haul,   P.O. Box 24191,   Chicago, IL 60624-0191
10751796        Stein & Rotman,   105 West Madison St,   Suite 600,   Chicago, IL 60602-4672
11050489       +The Bank of Commerce,   171 E. Irving Park Road,   Wood Dale, Illinois 60191-2023,
                Attn: Peter Fotopolous
12619535        Toyota Motor Credit Corporation,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10751805       +U.S. Welders Supply,   1800 Fifth Avenue,   River Grove, IL 60171-1905
10751792       +Wayne P. Filosa,   2950 N Commerce,   Franklin Park, IL 60131-2929
10751806       +Willieco,   P.O. Box 472,   Headland, AL 36345-0472
```
The following entities were noticed by electronic transmission on Jan 05, 2010.
```
10751788       +E-mail/Text: legalcollections@comed.com                        ComEd,
                System Credit/Bankruptcy Dept.,   2100 Swift Drive,   Oak Brook, IL 60523-1559
                                                                                        TOTAL: 1
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Much Shelist Freed Denenberg Ament & Rubenstein PC
aty             Serpe Dizonno & Associates Ltd
aty             William S Hackey
10751804*      +Stein & Rotman,   105 West Madison Street,   Suite 600,   Chicago, IL 60602-4672
                                                                          TOTALS: 3, * 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2010**                          **Signature:**   *Joseph Speetjens*