# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ALLRITE SHEET METAL, INC. | § Case No. 06-06073 |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $5,000.00 | Claims Discharged Without Payment: $417,189.71 |
| Total Expenses of Administration: $27,232.10 | |

3) Total gross receipts of $ 32,232.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $32,232.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $2,705,774.06 | $5,000.00 | $5,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 42,588.20 | 42,588.20 | 27,232.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 142,294.22 | 417,189.71 | 417,189.71 | 0.00 |
| **TOTAL DISBURSEMENTS** | $142,294.22 | $3,165,551.97 | $464,777.91 | $32,232.10 |

4) This case was originally filed under Chapter 7 on May 25, 2006.
. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/15/2010     By: /s/NORMAN NEWMAN
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT ON ACCOUNT RECEIVABLE | 1221-000 | 27,500.00 |
| Cause of Action (Mary Lou Carter) | 1229-000 | 3,500.00 |
| Utility Refund - Mid American Energy | 1229-000 | 1,009.97 |
| Interest Income | 1270-000 | 222.13 |
| **TOTAL GROSS RECEIPTS** | | **$32,232.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wayne P. Filosa | 4110-000 | N/A | 2,705,774.06 | 5,000.00 | 5,000.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $2,705,774.06 | $5,000.00 | $5,000.00 |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 3,973.21 | 3,973.21 | 1,786.68 |
| Much Shelist, et.al. | 3110-000 | N/A | 23,546.50 | 23,546.50 | 10,588.42 |
| Much Shelist, et.al. | 3120-000 | N/A | 384.31 | 384.31 | 172.82 |
| Michael Blitstein | 3410-000 | N/A | 5,080.70 | 5,080.70 | 5,080.70 |
| International Sureties, Ltd. | 2300-000 | N/A | 21.70 | 21.70 | 21.70 |
| Nicholas V. Dizonno | 3210-600 | N/A | 9,166.66 | 9,166.66 | 9,166.66 |
| Nicholas V. Dizonno | 3220-610 | N/A | 376.00 | 376.00 | 376.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 20.18 | 20.18 | 20.18 |
| International Sureties, Ltd. | 2300-000 | N/A | 18.94 | 18.94 | 18.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 42,588.20 | 42,588.20 | 27,232.10 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ComEd | 7100-000 | 100,861.05 | 100,883.62 | 100,883.62 | 0.00 |
| Linde Gas LLC | 7100-000 | N/A | 1,828.84 | 1,828.84 | 0.00 |
| Livingston Pipe | 7100-000 | unknown | 1,147.65 | 1,147.65 | 0.00 |
| Stein & Rotman | 7100-000 | N/A | 46,745.52 | 46,745.52 | 0.00 |
| Industrial Staffing Services, Inc. | 7100-000 | 40,372.05 | 40,372.45 | 40,372.45 | 0.00 |
| Matthew J. Ryan | 7100-000 | 1,061.12 | 1,133.12 | 1,133.12 | 0.00 |
| The Bank of Commerce | 7100-000 | N/A | 150,000.00 | 150,000.00 | 0.00 |
| Crawford Steel Co Inc | 7100-000 | N/A | 69,380.46 | 69,380.46 | 0.00 |
| Toyota Motor Credit Corporation | 7200-000 | N/A | 5,698.05 | 5,698.05 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 142,294.22 | 417,189.71 | 417,189.71 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-06073  
**Case Name:** ALLRITE SHEET METAL, INC.  

**Period Ending:** 06/15/10

**Trustee:** (330560)   NORMAN NEWMAN  
**Filed (f) or Converted (c):** 05/25/06 (f)  
**§341(a) Meeting Date:** 06/22/06  
**Claims Bar Date:** 12/13/06

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Lawsuit (Kelly Consulting v. Allrite Sheetmetal) | Unknown | Unknown | | 0.00 | FA |
| 2 | SETTLEMENT ON ACCOUNT RECEIVABLE (u) | 25,000.00 | 25,000.00 | | 27,500.00 | FA |
| 3 | Cause of Action (Mary Lou Carter) (u) | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 4 | Utility Refund - Mid American Energy (u) | 1,009.97 | 1,009.97 | | 1,009.97 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 222.13 | FA |
| 5 | Assets  Totals (Excluding unknown values) | **$29,509.97** | **$29,509.97** | | **$32,232.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final report approved. Distribution made.

**Initial Projected Date Of Final Report (TFR):**   November 30, 2007        **Current Projected Date Of Final Report (TFR):**   January 4, 2010 (Actual)

Printed: 06/15/2010 02:57 PM    V.12.08

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 06-06073  
Case Name: ALLRITE SHEET METAL, INC.

Taxpayer ID #: **-***9467  
Period Ending: 06/15/10

Trustee: NORMAN NEWMAN (330560)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****36-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/06 | {4} | MidAmerican Energy Company | Utility Refund | 1229-000 | 1,009.97 | | 1,009.97 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.18 | | 1,010.15 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.64 | | 1,010.79 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.70 | | 1,011.49 |
| 11/13/06 | {2} | Drywall Master Tools, Inc. | Settlement of lawsuit Allrite Sheet Metal Inc. v. Drywall Master Tools, Inc. | 1221-000 | 25,000.00 | | 26,011.49 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.42 | | 26,020.91 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.53 | | 26,037.44 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.36 | | 26,054.80 |
| 02/06/07 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #06-06073, Bond #016026455 | 2300-000 | | 21.70 | 26,033.10 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.98 | | 26,046.08 |
| 03/22/07 | {2} | Swing, Inc. | Allrite Sheet Metal v. Swingmaster Corporation | 1221-000 | 2,500.00 | | 28,546.08 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.13 | | 28,560.21 |
| 04/13/07 | 1002 | Nicholas V. Dizonno | Final compensation (9/29-05 through 3/22/07) | 3210-600 | | 9,166.66 | 19,393.55 |
| 04/13/07 | 1003 | Nicholas V. Dizonno | Out-of-Pocket Expenses (9/29/05 through 3/22/07) | 3220-610 | | 376.00 | 19,017.55 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.57 | | 19,032.12 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.50 | | 19,042.62 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.82 | | 19,052.44 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.85 | | 19,063.29 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.51 | | 19,073.80 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.50 | | 19,083.30 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.20 | | 19,094.50 |
| 11/29/07 | {3} | Wayne Filosa | 1st installment | 1229-000 | 1,750.00 | | 20,844.50 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 9.93 | | 20,854.43 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.56 | | 20,864.99 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 9.54 | | 20,874.53 |
| 02/14/08 | {3} | Wayne Filosa | 2nd installment | 1229-000 | 1,750.00 | | 22,624.53 |
| 02/14/08 | 1004 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #06-06073<br>Voided on 02/14/08 | 2300-000 | | 20.15 | 22,604.38 |
| 02/14/08 | 1004 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #06-06073<br>Voided: check issued on 02/14/08 | 2300-000 | | -20.15 | 22,624.53 |

Subtotals: $32,188.89   $9,564.36

{} Asset reference(s)

Printed: 06/15/2010 02:57 PM   V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-06073 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | ALLRITE SHEET METAL, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****36-65 - Money Market Account |
| Taxpayer ID #: | **-***9467 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/15/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/08 | 1005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #06-06073 | 2300-000 | | 20.18 | 22,604.35 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.41 | | 22,608.76 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.19 | | 22,612.95 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.15 | | 22,616.10 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.83 | | 22,618.93 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.87 | | 22,621.80 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.87 | | 22,624.67 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.69 | | 22,627.36 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.96 | | 22,630.32 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.46 | | 22,632.78 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.77 | | 22,634.55 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 22,636.15 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 22,637.07 |
| 02/10/09 | 1006 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2009 FOR CASE #06-06073, Bond #016026455 | 2300-000 | | 18.94 | 22,618.13 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 22,618.99 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 22,619.97 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 22,620.89 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 22,621.78 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 22,622.76 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.95 | | 22,623.71 |
| 08/25/09 | 1007 | Wayne P. Filosa | Payment of Secured Claim | 4110-000 | | 5,000.00 | 17,623.71 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.95 | | 17,624.66 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 17,625.58 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 17,626.38 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 17,627.12 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 17,627.86 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,628.55 |
| 02/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.07 | | 17,628.62 |
| 02/02/10 | | To Account #********3666 | Account Transfer | 9999-000 | | 17,628.62 | 0.00 |

Subtotals :   $43.21   $22,667.74

{} Asset reference(s)    Printed: 06/15/2010 02:57 PM   V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-06073 | **Trustee:** NORMAN NEWMAN (330560) |
| **Case Name:** ALLRITE SHEET METAL, INC. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****36-65 - Money Market Account |
| **Taxpayer ID #:** **-***9467 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/15/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 32,232.10 | 32,232.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 17,628.62 | |
| | | | Subtotal | | 32,232.10 | 14,603.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $32,232.10 | $14,603.48 | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 06/15/2010 02:57 PM　V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 06-06073 | | Trustee: | NORMAN NEWMAN (330560) |
| --- | --- | --- | --- | --- |
| Case Name: | ALLRITE SHEET METAL, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****36-66 - Checking Account |
| Taxpayer ID #: | **-***9467 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/15/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 02/02/10 | | From Account #*********3665 | Account Transfer | 9999-000 | 17,628.62 | | 17,628.62 |
| 02/02/10 | 101 | Michael Blitstein | Dividend paid 100.00% on $5,080.70,<br>Accountant for Trustee Fees (Other Firm);<br>Reference:<br>Voided on 02/02/10 | 3410-000 | | ! 5,080.70 | 12,547.92 |
| 02/02/10 | 101 | Michael Blitstein | Dividend paid 100.00% on $5,080.70,<br>Accountant for Trustee Fees (Other Firm);<br>Reference:<br>Voided: check issued on 02/02/10 | 3410-000 | | ! -5,080.70 | 17,628.62 |
| 02/02/10 | 102 | Norman B. Newman, Trustee | Dividend paid 44.96% on $3,973.21, Trustee<br>Compensation; Reference:<br>Voided on 02/02/10 | 2100-000 | | ! 1,786.68 | 15,841.94 |
| 02/02/10 | 102 | Norman B. Newman, Trustee | Dividend paid 44.96% on $3,973.21, Trustee<br>Compensation; Reference:<br>Voided: check issued on 02/02/10 | 2100-000 | | ! -1,786.68 | 17,628.62 |
| 02/02/10 | 103 | Much Shelist, et.al. | Combined Check for Claims#B,C<br>Voided on 02/02/10 | 3110-000 | | ! 10,761.24 | 6,867.38 |
| 02/02/10 | 103 | Much Shelist, et.al. | Combined Check for Claims#B,C<br>Voided: check issued on 02/02/10 | 3110-000 | | ! -10,761.24 | 17,628.62 |
| 02/02/10 | 104 | Michael Blitstein | Dividend paid 100.00% on $5,080.70,<br>Accountant for Trustee Fees (Other Firm);<br>Reference: Re-issued | 3410-000 | | 5,080.70 | 12,547.92 |
| 02/02/10 | 105 | Norman B. Newman, Trustee | Dividend paid 44.96% on $3,973.21, Trustee<br>Compensation; Reference: Re-issued | 2100-000 | | 1,786.68 | 10,761.24 |
| 02/02/10 | 106 | Much Shelist, et.al. | Combined Check for Claims#B,C Re-issued<br>Voided on 02/02/10 | 3110-000 | | ! 10,761.24 | 0.00 |
| 02/02/10 | 106 | Much Shelist, et.al. | Combined Check for Claims#B,C Re-issued<br>Voided: check issued on 02/02/10 | 3110-000 | | ! -10,761.24 | 10,761.24 |
| 02/02/10 | 107 | Much Shelist, et.al. | FINAL DISTRIBUTION | 3110-000 | | 10,588.42 | 172.82 |
| 02/02/10 | 108 | Much Shelist, et.al. | FINAL DISTRIBUTION OF EXPENSES | 3120-000 | | 172.82 | 0.00 |

|  | ACCOUNT TOTALS | 17,628.62 | 17,628.62 | $0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers | 17,628.62 | 0.00 | |
|  | Subtotal | 0.00 | 17,628.62 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $0.00 | $17,628.62 | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 06/15/2010 02:57 PM    V.12.08

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 06-06073 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | ALLRITE SHEET METAL, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******36-66 - Checking Account |
| Taxpayer ID #: | **-***9467 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/15/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****36-65 | 32,232.10 | 14,603.48 | 0.00 |
| Checking # ***-*****36-66 | 0.00 | 17,628.62 | 0.00 |
| Checking # 9200-******36-66 | 0.00 | 0.00 | 0.00 |
| | $32,232.10 | $32,232.10 | $0.00 |

{} Asset reference(s)

Printed: 06/15/2010 02:57 PM   V.12.08

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**

May 1 - May 31, 2010

**06-06073**
**ALLRITE SHEET METAL, INC.**
**NORMAN B NEWMAN (0000330560)**
**TRUSTEE**
191 N. WACKER DR.
SUITE 1800
CHICAGO, IL 60606

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

|  | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** |  |  |  |
| 92000960123666 |  | $0.00 | $0.00 |
| **Total** |  | $0.00 | $0.00 |

## Important Information Regarding Your Account

IN OBSERVANCE OF THE 4TH OF JULY HOLIDAY, BNY MELLON AND THE BMS BANKING CENTER WILL BE CLOSED ON MONDAY, JULY 5TH. ALL TRANSACTIONS CONDUCTED ON THIS DAY WILL BE POSTED THE FOLLOWING BUSINESS DAY. THE BMS BANKING CENTER IS AVAILABLE MONDAY THROUGH FRIDAY FROM 8AM TO 7PM EST. FOR ASSISTANCE WITH ALL OF YOUR BANKING NEEDS, PLEASE CALL (800) 634-7734, OPTION 8.

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
May 1 - May 31, 2010

**06-06073**
**ALLRITE SHEET METAL, INC.**
**NORMAN B NEWMAN (0000330560)**

**CHECKING ACCOUNT SUMMARY**                                           Account No. 9200096012366

|  | Instances | Amount |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 0 | $(0.00) |
| **Ending Balance** | 0 | $0.00 |